**Keith S. PERKINS, Petitioner,**

v.

**SECURITIES AND EXCHANGE COMMISSION, Respondent.**

No. 01–70100.
SEC No. 3–10109.

United States Court of Appeals,
Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

MEMORANDUM**

Keith S. Perkins petitions pro se for review of the Securities and Exchange Commission's ("SEC") order sustaining the National Association of Securities Dealers' imposition of a $7,500 fine. We have jurisdiction pursuant to 15 U.S.C. § 78y(a)(1). We conclude that substantial evidence supports the SEC's factual findings, and that the SEC properly affirmed the sanction. *See Krull v. SEC,* 248 F.3d 907, 911–12 (9th Cir.2001).

**PETITION DENIED.**

---

* Because this panel unanimously finds this case suitable for decision without oral argument, we deny Perkins' request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.